MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorneys

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-0124-CW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER DETAINING |
| ) | DAVID FULGHAM PENDING TRIAL |
| v. ) | |
| ) | |
| DAVID FULGHAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

    The defendant, David Fulgham, was charged in a one-count indictment with possession with intent to distribute MDMA in violation of 21 U.S.C. §§ 841(a)(1). The United States moved for the defendant's detention pursuant to 18 U.S.C. § 3142, and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). On March 6, 2012, the parties appeared for a detention hearing and reviewed a criminal history report prepared by Pretrial Services. Based upon the review of his criminal history report, the defendant agreed to waive a finding on detention but reserved the right to present information at a future bail hearing should his

[PROPOSED] DETENTION ORDER
No. CR-12-0124 CW                           1

circumstances change. See 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing to, with the assistance of counsel, testify, present witnesses, cross-examine adverse witnesses, and present evidence by proffer or otherwise).

## ORDER

In light of the defendant's criminal history, he is ordered detained as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. Because the defendant waived his right to present information pursuant to 18 U.S.C. § 3142(f) without prejudice to raising any relevant information at a later hearing, the Court orders that the hearing may be reopened at the defendant's request at a future time.

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. See 18 U.S.C. § 3142(i)(2). The defendant must be afforded a reasonable opportunity to consult privately with counsel. See 18 U.S.C. § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver defendant to the United States Marshal for a court appearance. See 18 U.S.C. § 3142(i)(4).

IT IS SO ORDERED.

DATED: March 6, 2012

_____
LAUREL BEELER
United States Magistrate Judge