1   GEOFFREY A. HANSEN
    Acting Federal Public Defender
2   JEROME E. MATTHEWS
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone: (510) 637-3500
5
    Counsel for Defendant DAVID FULGHAM
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,           )   No. CR-12 00124 CW[KAW](NJV)
12                                       )
                      Plaintiff,         )   **STIPULATION AND [PROPOSED]**
13                                       )   **ORDER EXONERATING BOND AND**
    vs.                                  )   **RELEASING DEFENDANT**
14                                       )
    DAVID FULGHAM,                       )
15                                       )
                      Defendant.         )
16   _____)

17

18          After the government indicated its intention to dismiss its appeal of a district court order

19   suppressing evidence in this case, defendant David Fulgham was released from custody on an

20   unsecured bond on the condition that he reside at the GeoCare halfway house facility in San

21   Francisco. The matter presently is set for a status conference on August 23, 2012, regarding the

     conditions of his release.
22
            The government has moved to dismiss its appeal and intends to dismiss this case once it
23
     is returned to the district court by the Ninth Circuit. For these reasons, IT IS STIPULATED
24
     AND AGREED that the unsecured bond is EXONERATED, that the status conference presently
25
     set for August 23, 2012 is VACATED, and that David Fulgham be RELEASED from the
26

     STIP/ORD RE BOND AND RELEASE            1

1 | halfway house forthwith.

2 | /s/

3 | Dated: August 16, 2012

4 | JEROME E. MATTHEWS
Assistant Federal Public Defender

5 |

6 | /s/

7 | Dated: August 16, 2012

8 | WAQAR HASIB
Assistant United States Attorney

9 |

10 |

11 | Pursuant to the parties' stipulation and good cause appearing therefor,

12 | IT IS ORDERED that the unsecured bond in this matter is EXONERATED, that the status conference presently set for August 23, 2012 is VACATED, and that David Fulgham be RELEASED from the halfway house forthwith.

13 |

14 |

15 | Dated: August ___, 2012

16 | NANDOR J. VADAS
United States Magistrate Judge
**Maria Elena James**
**United States Chief Magistrate Judge**

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

STIP/ORD RE BOND AND RELEASE                    2